# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANIBAL TAKLE ZIENAGEBRIEL,<br><br>                                   Petitioner,<br><br>        v.<br><br>WARDEN OF OTAY MESA DETENTION CENTER, *et al.*,<br><br>                                   Respondents. | Case No. 26-cv-1385-BAS-MSB<br><br>**ORDER  GRANTING BOND HEARING** |

After oral argument and for the reasons stated on the record, the Court **GRANTS** the petition and issues the following writ:

The Court **ORDERS** a bond hearing before an Immigration Judge for Hanibal Takle Zienagebriel (A#221-418-095) within 10 days of the date of this Order.  At that bond hearing the Government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight.  Concerns about interrupting court schedules are not grounds to deny bond.  Respondents shall make a complete record of the bond hearing available to Petitioner and his counsel.  Respondents are prohibited from invoking the automatic stay provisions to defeat an Immigration Judge's bond determination.  If no bond hearing is held within 10 days, Petitioner is ordered released forthwith.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

DATED: April 3, 2026

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**